SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT

---

MIECZYSLAW SOWA

                        Plaintiff,

-against-

ALAN KASMAN DBA KASCO,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
STRUCTURE TONE GLOBAL SERVICES, INC,
STRUCTURE TONE, (UK) INC.,
WESTON SOLUTIONS, INC.,

                        Defendants.

Index No.: 07-cv-7982

**AFFIDAVIT OF PERSONAL SERVICE**

---

STATE OF NEW YORK    )
                                )
COUNTY OF NEW YORK   )   ss.:

Edward Kostyukovsky, being duly sworn, deposes and says:

      That I am over the age of 18 years, reside in Kings County, New York and am not a party to this action. That on the 18th day of December, 2007, at approximately 2:30 p.m, deponent served a true copy of the **SUMMONS AND COMPLAINT** in the above captioned action on:

                           **Blackmon-Mooring-Steamatic Catastrophe, Inc.**

          At:    Methfessel & Werbel
                 450 7th Avenue
                 New York, New York 10001

by personally delivering a true copy of the same to **Deardra Shuler**, an individual at the above referenced address who identified herself as being authorized to accept service of legal documents on behalf of **Blackmon- Mooring-Steamatic Catastrophe, Inc.**

Deponent describes person served as follows: **female, White, brown hair, brown eyes, approximately 160 pounds, approximately 5'6", and approximately 45-60 years old.**

_____
Edward Kostyukovsky

Sworn to before me this
17th day of January, 2008

_____
Notary Public
VERONICA M. GUHLI
Commissioner of Deeds, City of New York
City of New York Number: 2-12194
Certificate Filed in New York County
Commission Expires On: March 22, 2009