SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT

---

MIECZYSLAW SOWA

                              Plaintiff,

-against-

ALAN KASMAN DBA KASCO,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
STRUCTURE TONE GLOBAL SERVICES, INC,
STRUCTURE TONE, (UK) INC.,
WESTON SOLUTIONS, INC.,

                              Defendants.

**Index No.: 07-cv-7982**

**AFFIDAVIT OF PERSONAL SERVICE**

---

STATE OF NEW YORK    )
                               )
COUNTY OF NEW YORK  )    ss.:

Edward Kostyukovsky, being duly sworn, deposes and says:

That I am over the age of 18 years, reside in Kings County, New York and am not a party to this action. That on the 18th day of December, 2007, at approximately 3:20 p.m, deponent served a true copy of the **SUMMONS AND COMPLAINT** in the above captioned action on:

                              **Structure Tone Global Services Inc.**

           At:     Barry, McTiernan, and Moore
                    2 Rector Street
                    New York, New York 10006

by personally delivering a true copy of the same to **William Joyce**, an individual at the above referenced address who identified himself as the defense attorney for , and as being authorized to accept service of legal documents on behalf of, **Structure Tone Global Services Inc.**

Deponent describes person served as follows: **male, White, dirty blond hair, brown eyes, approximately 180 pounds, approximately 6'0", and approximately 25-40 years old.**

_____
**Edward Kostyukovsky**

Sworn to before me this
17th day of January, 2008

_____
Notary Public
VERONICA M. GUHLI
Commissioner of Deeds, City of New York
City of New York Number: 2-12194
Certificate Filed in New York County
Commission Expires On: March 22, 2009