Index # 07 civ 7982
Purchased/Filed: September 11, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Mieczyslaw Sowa     Plaintiff

against

Alan Kasman dba Kasco,; et al     Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 45 yrs

Weight: 155 Lbs    Height: 5'5    Sex: Female    Color of skin: White

Hair color: Blonde    Other: _____

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on January 4, 2008, at 11:30am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons and Complaint on GPS Environmental Consultants, Inc., the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

4th day of January, 2008

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice•Work Order # 0800160